UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARLIN L. MANLEY,

    Plaintiff(s),

v.                                            Civil Number: 13-13953
                                              Judicial Officer: George Caram Steeh

FOWLER, ET AL,

    Defendant(s).
_____/

## ORDER ON APPLICATION FOR APPOINTMENT OF COUNSEL

Having considered the application for appointment of counsel; **IT IS ORDERED** that the application is:

☐    GRANTED.

X    DENIED, for the following reasons:

      No funds exist to compensate counsel in such a dispute.

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

Dated: October 30, 2013

CERTIFICATE OF SERVICE

Copies of this Order were served on Marlin L. Manley,
2008 W. Grand Blvd., Detroit, MI 48208
on October 30, 2013 by ordinary mail.

                                              s/M. Beauchemin
                                              Deputy Clerk