UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLIN L. MANLEY,

        Plaintiff,

                              CASE NO. 13-CV-13953
v.                            HONORABLE GEORGE CARAM STEEH

FOWLER, et al.,

        Defendants.
                              /

## ORDER OF DISMISSAL

On September 16, 2013, pro se plaintiff Marlin Manley filed this 42 U.S.C. § 1983 civil rights action arising out of his claim, among other things, that defendant Fowler failed to protect him from his cell mate while he was incarcerated, and retaliated against him when he told Fowler that he planned to file a grievance against him. Plaintiff filed three other civil rights cases in September, 2013, and those unrelated cases have been assigned to other judges in this district. On December 13, 2013, the court ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Local Rule 41.2. Nearly four months have passed, and plaintiff still has failed to respond. Accordingly, this case is DISMISSED for failure to prosecute.

    **IT IS SO ORDERED**.

Dated: April 7, 2014

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 7, 2014, by electronic and/or ordinary mail and also on Marlin L Manley, 7532 Dexter, Detroit, MI 48208.

s/Barbara Radke
Deputy Clerk